THE HONORABLE: Brian D. Lynch
**CHAPTER 13**
**HEARING DATE:** March 25, 2020
**HEARING TIME:** 1:30 p.m.
**LOCATION:** Tacoma, WA
**RESPONSE DUE:** March 18, 2020

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re:  ) Case No. 16-44392 BDL Ch. 13
    Robert Nicholas Reichl ) NOTICE OF HEARING AND MOTION
     ) TO INCUR INDEBTEDNESS
Debtor(s) )

TO: Clerk of the United States Bankruptcy Court; and All parties in interest:

PLEASE TAKE NOTICE that a Motion to Incur Indebtedness (Mortgage Refinance) IS SET FOR HEARING as follows:

| **DATE OF HEARING** | **March 25, 2020** |
|---|---|
| **TIME** | **1:30 pm** |
| **JUDGE** | **Hon. Brian D. Lynch** |
| **LOCATION** | **Union Station**<br>**1717 Pacific Ave.**<br>**Tacoma, WA 98402**<br>**Courtroom I** |
| **RESPONSE DUE** | **March 18, 2020** |

IF YOU OPPOSE the motion you must file your written response with the court clerk, and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE DATE.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

**MOTION**

NOTICE OF HEARING AND MOTION TO INCUR DEBT

**COMES NOW** the Debtor, by and through their attorney of record, and moves the Court for an order allowing Debtor to refinance his mortgage.

Case Information:  Debtor's plan was confirmed 4/14/17

Reason For Amendment:

1. Debtor is requesting approval of a refinance of his residence at 19802 68th Ave. E., Spanaway, WA 98387
2. Debtor's mortgage is currently being paid outside the plan;
3. The new monthly payment will be $1,146
4. The terms are provided in the attached Estimated Refinance Statement;
5. Debtor intends to cash out and pay approximately $19,400.00 and pay off the total allowed claims;

How Creditors Will Be Affected:  Creditors are not affected by this Motion

WHEREFORE, Debtor moves this Court for an Order Allowing Debtor to Finance Motion Vehicle.

DATED: March 3, 2020

Respectfully submitted:

/s/ Mark A. Ditton #45432
Mark A. Ditton, WSBA#45432
Attorney for Debtor(s)
1312 Main Street
Vancouver, WA 98660
360-831-0893
mark@nwrelief.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice of Hearing and Motion to Incur Debt and Proposed Order was served upon all Creditors and interested parties per the attached mailing matrix and any parties requesting special notice by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

Served electronically:

Office of the U.S. Trustee;
Michael Malaier; case trustee

Dated this 3rd Day of March, 2019.

/s/Mark Ditton
Mark Ditton WSB#45432
360-831-0893 (office)
866-241-4176 (fax)

NOTICE OF HEARING AND MOTION TO INCUR DEBT

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 16-44392-BDL<br>Western District of Washington<br>Tacoma<br>Wed Mar  4 08:15:06 PST 2020 | 2010 Series 4770, LLC<br>Bradley Boswell Jones, P.S.<br>c/o Bradley B. Jones<br>13401 Vashon Hwy SW<br>PO Box 726<br>Vashon, WA 98070-0726 | 2010 Series 4770, LLC<br>c/o Douglas Goldrick<br>8525 Ferndale Road, Suite 204<br>Dallas TX 75238-4400 |
| Aegis Funding (Bradley Jones att)<br>PO Box 726<br>Vashon, WA 98070-0726 | Barclays Bank Delaware<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Bradley, Boswell Jones PS<br>13401 Vashon Hwy SW<br>PO Box 726<br>Vashon, WA 98070-0726 |
| Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | James F Dart<br>Shoemaker & Dart, P.S., Inc.<br>Shoemaker & Dart PS Inc<br>6706 24th St W, Ste A<br>Tacoma, WA 98466-5460 | Mark Ditton<br>Northwest Debt Relief Law Firm<br>1312 Main Street<br>Vancouver, WA 98660-2919 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Bradley Boswell Jones<br>13401 Vashon Hwy SW<br>PO Box 726<br>Vashon, WA 98070-0726 | Michael G. Malaier<br>2122 Commerce Street<br>Tacoma, WA 98402-3002 |
| Joseph T McCormick III<br>Wright, Finlay & Zak, LLP<br>612 S. Lucile Street<br>Ste 300<br>Seattle, WA 98108-2623 | Lance E Olsen<br>McCarthy & Holthus, LLP<br>108 First Avenue South, Suite 300<br>Suite 400<br>Seattle, WA 98104-2104 | Robert Nicholas Reichl<br>19802 68th Ave E<br>Spanaway, WA 98387-5608 |
| Tacoma Longshoreman Credit Union<br>c/o Shoemaker & Dart<br>1944 Pacific Avenue<br>#307<br>Tacoma, wa 98402-3121 | Tacoma Longshoremen Credit Union<br>3602 Alexander Avenue<br>Tacoma, WA 98424-1110 | Tacoma Longshoremen Cu<br>3602 E Alexander Ave<br>Fife, WA 98424-1110 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Verizon<br>500 Technology Dr<br>Suite 500<br>Weldon Spring, MO 63304-2225 | Wells Fargo Bank, N.A.<br>c/o McCarthy & Holthus, LLP<br>108 1st Avenue South<br>Ste. 300<br>Seattle, WA 98104-2104 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | Wells fargo<br>420 montgomery street<br>san francsco, CA 94104-1298 | harborstone credit union<br>PO box 4207<br>tacoma, WA 98438-0207 |
| tacoma longshore credit union<br>3602 alexander avenue<br>tacoma, WA 98424-1110 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients   24
Bypassed recipients    1
Total                 25